UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: 4:13-MJ-233 |
| | § | |
| DWIGHT LOONEY (01) | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus AD PROSEQUENDUM

1. Name of Detainee:   DWIGHT LEE LOONEY
   Year of Birth: 1951, CID: 0052993

2. Detained by: Tarrant County Sheriff's Department, 2500 Urban Drive, Fort Worth, Texas 76102
3. Detainee is charged in this district by () Indictment ( ) Information (XX) Complaint () Other, or is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary "Instanter" before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the United States District Court, for the Northern District of Texas, Fort Worth Division.

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: 4/11/13

(CHARGE: Production of Child Pornography, 18 U.S.C. §2251(a))

JEFFREY L. CURETON
United States Magistrate Judge